UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X



**07 CIV 8513**

BILL LIETZKE,

    Plaintiff,

-against-

COUNTY OF MONTGOMERY; ET AL, ABC;
REESE McKINNEY, D.T. MARSHALL; DEF,
A SHERIFF'S OFFICER EMPLOYED BY THE
ALABAMA COUNTY OF MONTGOMERY
RESPONSIBLE FOR THE INCIDENTS RE-
FERRED TO IN THE COMPLAINT, WHETHER
SINGULAR OR PLURAL THAT PERSON, FIRM
ENTITY, OR CORPORATION WHO OR WHICH
BY TORT OR OTHER WRONGFUL CONDUCT
IS LEGALLY LIABLE TO THE PLAINTIFF FOR
THE INJURIES AND DAMAGES HE SUSTAINED
ON THE OCCASION MADE THE BASIS OF THIS
COMPLAINT, ALL OTHERS WHOSE TRUE
NAMES AND LEGAL DESCRIPTIONS ARE
OTHERWISE UNKNOWN TO THE PLAINTIFF,

    Defendants.
----------------------------------------------------------------X

**TRANSFER ORDER**

2:07 cv 943-WKW



  Plaintiff, appearing *pro se*, brings the instant 42 U.S.C. § 1983 complaint alleging violations of his constitutional rights in connection with events that took place in Montgomery, Alabama. For the reasons discussed below, this action is transferred to the United States District Court for the Middle District of Alabama.

        Venue

  Under 28 U.S.C. § 1391, a § 1983 action may be brought only in:

    (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is

situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought.

The alleged events giving rise to this claim occurred in Montgomery, Alabama, which is located in the Middle District of Alabama. 28 U.S.C. § 81(b)(1). Additionally, it does not appear that any of the events giving rise to the instant complaint occurred within the Southern District of New York. 28 U.S.C. § 112(b). Accordingly, this action is transferred to the United States District Court for the Middle District of Alabama. 28 U.S.C. §§ 1391(b), 1406(a).

The Clerk of this Court shall file and docket the complaint without payment of fees. Whether plaintiff should be permitted to proceed further without payment of fees is a determination to be made by the transferee court. That provision of Rule 83.1 of the Local Rules for the Southern District of New York which requires a five day delay is waived. A summons shall not issue from this Court.

SO ORDERED:

_____
KIMBA M. WOOD
Chief Judge

Dated: OCT X 2 2007
New York, New York