**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

RECEIVED
2007 OCT 22 A 11: 36

Date: 10/19/2007

DOCKET NO:    07-cv-8511

Dear Sir/Madam,

    Pursuant to an Order of this Court, the above-entitled action is transferred to your District. The papers enclosed herewith constitute the entire file in this action. A certified copy of the Order of Transfer is included in lieu of the original, which is retained in our files.

    The enclosed copy of this letter is for your convenience in acknowledging receipt of the file.

Yours truly,
J. Michael McMahon, Clerk of Court

By:  Lourdes Aquino-Melendez
Deputy Clerk

Fed Ex # 8582 4869 9043

---

**RECEIPT IS ACKNOWLEGED OF THE DOCUMENTS DESCRIBED HEREIN AND ASSIGNED CASE NUMBER:**

_____ ON DATE: _____

CASE TRANSFERRED OUT FORM