IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BILL LIETZKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:07-cv-943-WKW |
| ) | |
| COUNTY OF MONTGOMERY, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

It is ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to the Magistrate Judge for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 14th day of February, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE