IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BILL LIETZKE, | ) |
| | ) |
|     Plaintiff, | ) |
| | )   CASE NO. 2:07-cv-943-WKW |
| v. | ) |
| | ) |
| COUNTY OF MONTGOMERY, *et al.* | ) |
| | ) |
|     Defendants. | ) |

### **ORDER**

Pursuant to the Order referring this case for action on all pretrial matters and for recommendation as may be appropriate (Doc. 5, filed February 14, 2008), the undersigned Magistrate Judge considers the pro se Plaintiff's *Request to Proceed in forma pauperis* (Doc. 1, filed October 2, 2007).

The court wishes the plaintiff to understand *fully* the limited nature of being allowed to proceed *in forma pauperis.* This status does permit the plaintiff to *commence* this lawsuit without *prepayment* of fees and court costs, but it does not permit the plaintiff to maintain the lawsuit without incurring any personal expenses.

The Plaintiff should understand that he *may* incur expenses as a result of the prosecution of this case, and there is no provision for the court's payment of those expenses. For example, in the event of a trial, the Plaintiff may compel the attendance of witnesses through subpoena *only* by tendering to each witness payment of a one-day witness fee of $40, plus mileage. Additionally, court costs, in varying amounts, can be very substantial, and

they are normally assessed against the losing party. This means that a plaintiff who loses a case may be charged with, and obligated to pay, *all* court costs, even though the plaintiff is proceeding *in forma pauperis*,

Having advised the Plaintiff of the possible expense of litigation, it is

**ORDERED** that the *Motion to Proceed In Forma Pauperis* (Doc. 2) is hereby **GRANTED**. **For good cause, it is further ORDERED that service of this Complaint IS HEREBY STAYED.**

DONE this 15th day of February, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE