IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BILL LIETZKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:07-cv-943-WKW |
| | ) |
| COUNTY OF MONTGOMERY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The Magistrate Judge filed a Recommendation (Doc. # 7) that the case is due to be dismissed prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(ii). No objection has been filed. After an independent review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Recommendation of the Magistrate Judge (Doc. # 7) is ADOPTED in part and REJECTED in part with respect to res judicata;

2. The following claims are DISMISSED with prejudice: the federal claims against Judge McKinney; the federal claims against Sheriff Marshall in his official capacity; and all claims for criminal prosecution;

3. The following claims are DISMISSED without prejudice: all state law tort claims; and

4. This action is hereby DISMISSED.

An appropriate judgment will be entered.

DONE this 3rd day of March, 2008.

                                         /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE